RICHARD R. GRAY, Bar No. 071030
DOUGLAS L. ROPEL, Bar No. 300486
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:     916.830.7200
Fax No.:          916.561.0828
Email: bblackburn@littler.com

Attorneys for Defendant
DIGNITY HEALTH

TANYA GOMERMAN, Bar No. 271834)
ARCOLINA PANTO, Bar No. 235786)
ROBERT HESTER (SBN 296917)
601 Van Ness Avenue, Suite 2052
San Francisco, CA 94102
Telephone: (415) 545-8608
Facsimile: (855) 545-8608
Email: attorneytanya@gmail.com

Attorneys for Plaintiff
DEBRA SCHAIBLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SCHAIBLE, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>DIGNITY HEALTH, a California Corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No.  2:15-CV-00281 JAM-CMK<br><br>**STIPULATION ALLOWING AMENDED NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REINSTATEMENT OF HEARING DATE; ORDER**<br><br>Date:            October 4, 2016<br>Time:           1:30 p.m.<br>Courtroom:  6, 14th Floor<br><br>Judge:          Hon. John A. Mendez |

Firmwide:142944331.1 073743.1007                                          Case No.  2:15-CV-00281 JAM-CMK

STIPULATION ALLOWING AMENDED NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND REINSTATEMENT OF HEARING DATE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Plaintiff Debra Schaible and Defendant Dignity Health, by and through their attorneys, hereby stipulate as follows:

1. On September 2, 2016, Defendant Dignity Health filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, with a hearing date of October 4, 2016.

2. On September 20, 2016, Plaintiff Debra Schaible filed her Opposition papers regarding the motion, except that she inadvertently uploaded the incorrect version of the Statement of Disputed and Undisputed Facts in Opposition to the motion.

3. On September 21, 2016, Plaintiff filed a notice of errata with the correct Statement of Disputed and Undisputed facts.

4. On September 21, 2016, the Court issued a Minute Order dismissing Defendant's motion without prejudice for failure to comply with the meet and confer requirement in the Court's Order regarding filing requirements, ECF No. 3-2, and vacated the October 4, 2016 hearing date.

5. In order to keep the October 4, 2016 hearing date, the parties hereby stipulate that Defendant may file an Amended Notice of Motion reflecting compliance with the meet and confer requirement in ECF No. 3-2, and reinstating the October 4, 2016 hearing date. Parties further stipulate that documents filed thus far are to be treated as timely filed, including the Amended Notice prepared by Defendant and the Statement of Disputed and Undisputed Facts prepared by Plaintiff. Parties agree that the timing of the filing of these documents did not prejudice either party.

6. On September 22, 2016, counsel for Plaintiff and Defendant met and conferred telephonically but were unable to reach a resolution which eliminates the necessity for a hearing.

7. Attached hereto as Exhibit A is Defendant Dignity Health's Amended Notice of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, which Amended Notice is also being filed separately.

8. Defendant agrees not to object to the late filing of Plaintiff's Statement of Disputed and Undisputed Facts in Opposition to the motion.

Firmwide:142944331.1 073743.1007    2.    Case No. 2:15-CV-00281 JAM-CMK
STIPULATION ALLOWING AMENDED NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REINSTATEMENT OF HEARING DATE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

**IT IS SO STIPULATED:**

Dated: September 22, 2016

/s/ *Richard R. Gray*
RICHARD R. GRAY
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DIGNITY HEALTH

Dated: September 22, 2016

/s/ *Arcolina Panto* (as authorized on 09/22/16)
TANYA GOMERMAN
ARCOLINA PANTO
Attorneys for Plaintiff
DEBRA SCHAIBLE

**ORDER**

Good cause appearing, the October 4, 2016 hearing date for Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, is hereby reinstated.

IT IS SO ORDERED.

DATED: September 23, 2016            /s/ John A. Mendez
                                     Honorable John A. Mendez
                                     Judge of the U.S. District Court

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:142944331.1 073743.1007    3.    Case No.  2:15-CV-00281 JAM-CMK

STIPULATION ALLOWING AMENDED NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REINSTATEMENT OF HEARING DATE