1  RICHARD R. GRAY, Bar No. 071030
   DOUGLAS L. ROPEL, Bar No. 300486
2  LITTLER MENDELSON, P.C.
   500 Capitol Mall
3  Suite 2000
   Sacramento, CA  95814
4  Telephone:   916.830.7200
   Fax No.:       916.561.0828
5  dropel@littler.com

6  Attorneys for Defendant
   DIGNITY HEALTH
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 DEBRA SCHAIBLE, an individual,           Case No.  2:15-CV-00281 JAM-CMK

11              Plaintiff,                  **ORDER RE: DISMISSAL OF ACTION**

12      v.

13 DIGNITY HEALTH, a California
   Corporation, and DOES 1 through 20,
14 inclusive,

15              Defendants.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:144619279.1 073743.1007                          Case No.  2:15-CV-00281 JAM-CMK

[PROPOSED] ORDER RE DISMISSAL OF ACTION

**WHEREAS**, on December 21, 2016, the parties filed a Stipulation re Dismissal of Action Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a copy of which is attached hereto Exhibit A.

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: December 22, 2017

/s/ JOHN A. MENDEZ
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:144619279.1 073743.1007          2.          Case No. 2:15-CV-00281 JAM-CMK

[PROPOSED] ORDER RE DISMISSAL OF ACTION

# EXHIBIT A

| | |
|---|---|
| 1 | RICHARD R. GRAY, Bar No. 071030 |
| 2 | DOUGLAS L. ROPEL, Bar No. 300486<br>LITTLER MENDELSON, P.C. |
| 3 | 500 Capitol Mall<br>Suite 2000 |
| 4 | Sacramento, CA 95814<br>Telephone: 916.830.7200 |
| 5 | Fax No.: 916.561.0828<br>dropel@littler.com |
| 6 | Attorneys for Defendant |
| 7 | DIGNITY HEALTH |
| 8 | TANYA GOMERMAN, Bar No. 271834<br>ARCOLINA PANTO, Bar No. 235786 |
| 9 | ROBERT HESTER Bar No. 296917<br>601 Van Ness Avenue, Suite 2052 |
| 10 | San Francisco, CA 94102<br>Telephone: (415) 545-8608 |
| 11 | Facsimile: (855) 545-8608<br>Email: attorneytanya@gmail.com |
| 12 | Attorneys for Plaintiff |
| 13 | DEBRA SCHAIBLE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SCHAIBLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00281 JAM-CMK<br><br>**STIPULATION RE DISMISSAL OF ACTION PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Firmwide:144607376.1 073743.1007    Case No. 2:15-CV-00281 JAM-CMK

STIPULATION RE DISMISSAL OF ACTION PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Debra Schaible ("Plaintiff") and Defendant Dignity Health ("Defendant") (collectively "the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree, that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

**THEREFORE**, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear her and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

Dated: December 21, 2016

/s/ Richard R. Gray
RICHARD R. GRAY
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DIGNITY HEALTH

Dated: December 21, 2016

/s/ T. Gomerman (as authorized on 12/22/16)
TANYA GOMERMAN
ARCOLINA PANTO
LAW OFFICES OF TANYA GOMERMAN
Attorneys for Defendant
DEBRA SCHAIBLE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:144607376.1 073743.1007

Case No. 2:15-CV-00281 JAM-CMK

STIPULATION RE DISMISSAL OF ACTION PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE